IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Traynum, *et al.*, on behalf of themselves and those similarly situated, | ) ) |
| | ) Case No. 3:18-cv-2312 |
| Plaintiffs, | ) ) JUDGE JAMES G. CARR |
| | ) |
| v. | ) ) |
| MOBIS North America, LLC, | ) ) |
| Defendant. | ) ) |

**ORDER AND JUDGMENT ENTRY**

This matter is before the Court on the parties' Joint Motion for Approval of Settlement and Order of Dismissal with Prejudice ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement Agreement reached by the parties and memorialized in the Confidential Settlement Agreement and Release ("Settlement Agreement") submitted to the Court as **Exhibit 1** to the Joint Motion.

Having reviewed the Settlement Agreement, the pleadings, and papers on file in this action, and having conducted the Settlement Conference on December 16, 2020, and for good cause established therein, the Court enters this Order and Judgment Entry approving the Settlement and the Settlement Agreement, and finds as follows:

1. The proposed Settlement is fair, adequate, and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b). The Court finds that the Settlement Agreement resolves numerous bona fide disputes between the parties, including those under the FLSA, and resulted from arms-length negotiations between experienced counsel after substantial investigation and formal and informal discovery. The Court is familiar with Plaintiffs' Counsel's work in this and other wage and hour cases and finds that they have the requisite experience in

complex wage and hour matters. Plaintiffs' Counsel have also informed the Court that they believe the Settlement is fair, reasonable, and adequate and in the best interests of the Representative Plaintiffs, Adrian Traynum and Tiffany Carroll, and those plaintiffs who opted into the Litigation ("Opt-In Plaintiffs").  The Court has considered all relevant factors, including the risk, complexity, expense, and likely duration of the litigation; the extent of investigation and the stage of the proceedings; the amounts offered in the Settlement; and the experience and views of counsel for the Parties.

2. The Court: (a) approves the Settlement Agreement and incorporates its terms into this Order; (b) finds that the amounts offered to the Representative and Opt-In Plaintiffs are fair, adequate, and reasonable; (c) approves of the Incentive Awards to the Representative Plaintiffs; (d) approves of the attorneys' fees, costs, and expenses; and (e) orders that the Settlement be implemented according to the terms and conditions of the Settlement Agreement, and as otherwise directed herein, and be binding on all Opt-In Plaintiffs and the Representative Plaintiffs.  The Court grants final approval of the Settlement as to the Representative Plaintiffs and the Opt-In Plaintiffs.

3. The Court dismisses with prejudice Counts I, II and III of the Complaint filed in this matter and enters final judgment dismissing those Counts.  The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Order and Judgment Entry immediately.

4. The Court retains jurisdiction over the Litigation for purposes of administration of the Settlement and enforcement of the Settlement Agreement.

**SO ORDERED:**

Dated: June 7, 2021

s/James G. Carr
Judge James G Carr. Sr. U.S. District Court Judge