Notice of parties voluntary dismissal approved with prejudice.

It is so ordered.
s/James G. Carr
Sr. U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Traynum, *et al.*, | ) |
|     *Plaintiffs*, | ) Case No. 3:18-CV-2312 |
| | ) |
| | ) Judge James G. Carr |
| v. | ) |
| | ) |
| MOBIS North America, LLC, | ) |
| | ) |
|     *Defendant*. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now come Named Plaintiffs and Defendant MOBIS North America, LLC (the "parties"), by and through the undersigned counsel, to hereby give the Court notice of dismissal with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) of their claims against Defendant in the above-captioned matter. All parties to bear their own attorneys' fees and costs, except as otherwise agreed.

Respectfully submitted,

**BRYANT LEGAL, LLC**

*/s/ Daniel I. Bryant*
Daniel I. Bryant (0090859)
Trial Attorney
1550 Old Henderson Road
Suite 126
Columbus, Ohio 43220
Phone: 614-704-0546
Fax: 614-573-9826
Email: dbryant@bryantlegalllc.com

Matthew B. Bryant (0085991)
3450 W Central Ave., Suite 370
Toledo, Ohio 43606
Telephone: (419) 824-4439
Facsimile: (419) 932-6719
Email: Mbryant@bryantlegalllc.com

**BUTZEL LONG**

*/s/ Terrence J. Miglio*
Terrence J. Miglio (0081578)
301 E. Liberty, Suite 500
Ann Arbor, MI 48104
Ph: (734) 995-3110
miglio@butzel.com

*Attorneys for Defendant*

Matthew J.P. Coffman (0085586)
**COFFMAN LEGAL, LLC**
1550 Old Henderson Road
Suite 126
Columbus, Ohio 43220
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com

*Attorneys for Named Plaintiffs and those similarly situated*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Court's ECF system on December 6, 2022. All parties will receive notice of the foregoing by operation of the Court's ECF system.

                                                 */s/ Daniel I. Bryant*
                                                 Daniel I. Bryant (0090859)

                                                 *Attorney for Plaintiff*